# Court of Appeals
# of the State of Georgia

ATLANTA, September 20, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0099.  WINDELL CHADWICK THOMAS v. WILLIAM DANFORTH.**

Windell Chadwick Thomas appealed to this Court from the trial court's order granting his counsel's motion to withdraw in this habeas corpus action.  Under our Constitution, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).  Because this appeal is ancillary to a habeas corpus matter, this appeal is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/20/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*